

**IT IS ORDERED as set forth below:**

Date: July 5, 2023

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| TROY LEE COOPER, JR. | ) | |
| TAMMY LYNN COOPER | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 19-41698-PWB |
| DEBTORS | ) | |
| | ) | JUDGE BONAPFEL |

**ORDER ON MOTION FOR HARDSHIP
DISCHARGE**

This matter having been scheduled to come before the Court on June 21, 2023 upon the Debtors' Motion for Hardship Discharge. The Motion states, Debtors' case was confirmed on November 14, 2019. Since the date of confirmation, Debtors have paid a total of $46,515.00 towards their Chapter 13 plan. Debtors maintained mostly consistent payments until November 2022. During this time Debtor/Husband lost his job and, has recently, started a new position making significantly less money. Debtors are also now living separately with separate living expense. The value, as of the effective date of the plan, of the amounts distributed to unsecured creditors under the plan has not been less than the amounts which those creditors would have been paid on their claims had the estate of the Debtors been liquidated under Chapter 7 on that date. No modification of the Chapter 13 plan is

practicable because the Debtors' change in circumstances have made funding the plan infeasible.

**IT APPEARING** there was no opposition at the call of the calendar.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Debtors'

Motion for Hardship Discharge is **GRANTED** pursuant to 11 U.S.C. 1328(b).

The clerk shall serve a copy of this Order to Debtors, their attorney an all parties on the distribution list.

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esq.
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com


No opposition:


/s/ Brandi L. Kirkland       (*signed with expressed permission given to Jeffrey B. Kelly*)
 Brandi L. Kirkland
Attorney for Chapter 13 Trustee
GA Bar No.: 423627
285 Peachtree Center Ave. NE
STE 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448

Distribution:

Chapter 13 Trustee
K Edward Safir
285 Peachtree Center Ave. NE
STE 1600
Atlanta, GA 30303

Troy Cooper Jr.
Tammy Cooper
1993 Ball Ground Rd.
Chatsworth, GA 30705

*All creditors on the creditor's matrix.*